IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:15CR0032 KGB |
| | ) | |
| KEITH CHARLES JONES | ) | 18 U.S.C. §922(g)(1) |
| a/k/a Smiley | ) | 18 U.S.C. §3571 |
| | ) | 18 U.S.C. §3013 |
| | ) | 18 U.S.C. §3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.     Prior to August 6, 2014, the defendant,

KEITH CHARLES JONES, a/k/a Smiley,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for seven counts of Aggravated Robbery and one count of Theft of Property, in criminal case CR-1991-00341;
2. In United States District Court– Eastern District of Arkansas for Misprision of a Felony, in criminal case 4:04CR00020-03 GH.

B.     The crimes set forth in paragraph A. above were punishable by a term of imprisonment exceeding one year.

C.     On or about August 6, 2014, in the Eastern District of Arkansas, the defendant,

KEITH CHARLES JONES, a/k/a Smiley,

did knowingly possess in and affecting commerce, a firearm, to wit, a Springfield (H/S Products/IM Metal), Model XD45, .45 caliber pistol, bearing serial number US765268.

All in violation of Title 18, United States Code, Sections 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant KEITH

CHARLES JONES, a.k.a Smiley, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense, including but not limited to the following:

A) a Springfield (H/S Products/IM Metal), Model XD45, .45 caliber pistol, bearing serial number US765268, and

B) 208 rounds of assorted ammunition.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)

\