USMS E/AR ORIGINAL
PLEASE RETURN

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.   NO. 4:15CR00032 KGB

KEITH CHARLES JONES

2016 MAY -6 AM 11:40
U.S. Marshal
Eastern Arkansas
Received

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Pulaski County Detention Facility and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of KEITH CHARLES JONES detained in the Pulaski County Detention Facility, 3201 W. Roosevelt Road, Little Rock, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on May 19, 2016 at 1:30 p.m., before the Honorable Kristine G. Baker, and after the proceedings have been concluded, that you return KEITH CHARLES JONES to Pulaski County Detention Facility under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 6 May 2016.

_J. Thomas Ray_
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By: _Newman_ D.C.

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) Jones
FROM PulCo TO USCH
ON THIS _____ DAY OF 5-19-16.
DEPUTY SIGNATURE AND DISTRICT: USMS

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) Jones
FROM USCH TO PulCo
ON THIS _____ DAY OF 5-19-16.
DEPUTY SIGNATURE AND DISTRICT: USMS

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS _____ DAY OF _____.
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS _____ DAY OF _____.
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS _____ DAY OF _____.
DEPUTY SIGNATURE AND DISTRICT: