# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# COURT CASE NUMBER: 4:15CR00032 KGB; NOTICE OF FORFEITURE

Notice is hereby given that on June 05, 2017, in the case of <u>U.S. v. Keith Charles Jones</u>, Court Case Number 4:15CR00032 KGB, the United States District Court for the Eastern District of Arkansas entered an Order condemning and forfeiting the following property to the United States of America:

HS Products (IM METAL) XD45 Pistol CAL:45 SN:US765268 (14-ATF-024814) which was seized from Keith Jones on August 06, 2014 at 7101 Pecan Rd., located in Scott, AR

203 Rounds Assorted Ammunition CAL:Unknown (14-ATF-024815) which was seized from Keith Jones on August 06, 2014 at 7101 Pecan Rd., located in Scott, AR

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 07, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 600 West Capitol, Suite A-149, Little Rock, AR 72201, and a copy served upon Assistant United States Attorney Cameron McCree, 425 W. Capitol, Ste 500, Little Rock, AR  72201. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 7, 2017 and July 06, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Keith Charles Jones

**Court Case No:**  4:15CR00032 KGB
**For Asset ID(s):**  See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/07/2017 | 24.0 | Verified |
| 2 | 06/08/2017 | 24.0 | Verified |
| 3 | 06/09/2017 | 24.0 | Verified |
| 4 | 06/10/2017 | 24.0 | Verified |
| 5 | 06/11/2017 | 24.0 | Verified |
| 6 | 06/12/2017 | 24.0 | Verified |
| 7 | 06/13/2017 | 24.0 | Verified |
| 8 | 06/14/2017 | 24.0 | Verified |
| 9 | 06/15/2017 | 24.0 | Verified |
| 10 | 06/16/2017 | 24.0 | Verified |
| 11 | 06/17/2017 | 24.0 | Verified |
| 12 | 06/18/2017 | 24.0 | Verified |
| 13 | 06/19/2017 | 24.0 | Verified |
| 14 | 06/20/2017 | 24.0 | Verified |
| 15 | 06/21/2017 | 24.0 | Verified |
| 16 | 06/22/2017 | 24.0 | Verified |
| 17 | 06/23/2017 | 24.0 | Verified |
| 18 | 06/24/2017 | 24.0 | Verified |
| 19 | 06/25/2017 | 24.0 | Verified |
| 20 | 06/26/2017 | 24.0 | Verified |
| 21 | 06/27/2017 | 24.0 | Verified |
| 22 | 06/28/2017 | 24.0 | Verified |
| 23 | 06/29/2017 | 24.0 | Verified |
| 24 | 06/30/2017 | 24.0 | Verified |
| 25 | 07/01/2017 | 24.0 | Verified |
| 26 | 07/02/2017 | 24.0 | Verified |
| 27 | 07/03/2017 | 24.0 | Verified |
| 28 | 07/04/2017 | 24.0 | Verified |
| 29 | 07/05/2017 | 24.0 | Verified |
| 30 | 07/06/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.